IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL CASKEY, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 2:24-cv-00897-JMY |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC and OS RESTAURANT SERVICES, LLC d/b/a OUTBACK STEAKHOUSE, | : |
| Defendants. | : |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Russell S. Massey of the law firm of Rawle & Henderson and enter the appearance of Paul K. Leary, Jr. and Damali Martin of the law firm of Cozen O'Connor as substitution of counsel on behalf of Defendants, Outback Steakhouse of Florida, LLC and OS Restaurant Services, LLC d/b/a Outback Steakhouse, in the above-captioned matter.

RAWLE & HENDERSON

*/s/ Russell S. Massey*
Russell S. Massey, Esquire
725 Skippack Pike, Suite 230
Blue Bell, PA 19422
610-940-4092
rmassey@rawle.com

COZEN O'CONNOR

*/s/ Paul K. Leary, Jr.*
Paul K. Leary, Jr., Esquire (ID#85402)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-6911
pleary@cozen.com

COZEN O'CONNOR

*/s/ Damali Martin*
Damali Martin, Esquire (ID#323324)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-2743
DamaliMartin@cozen.com

LEGAL\76871893\1

2

## CERTIFICATE OF SERVICE

I certify that the foregoing Substitution of Counsel for Defendants was served on all counsel of record via the Court's ECF filing system.

*/s/ Paul K. Leary, Jr.*
Paul K. Leary, Jr., Esquire

Dated: April 11, 2025