# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL CASKEY, | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 24-cv-00897 |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of September 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 15), and all documents submitted in support thereof and Plaintiff's Response in Opposition thereto, it is **ORDERED** that the Motion pursuant to Fed. R. Civ. P. 56 is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ *John Milton Younge*
**John Milton Younge, J.**